NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————————

**BARKAN WIRELESS IP HOLDINGS, L.P.,**
*Appellant*

**v.**

**UNIFIED PATENTS, LLC,**
*Appellee*

**ANDREW HIRSHFELD, PERFORMING THE FUNCTIONS AND DUTIES OF THE UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

———————————————

2020-1442

———————————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2018-01186.

———————————————

**JUDGMENT**

———————————————

BLAINE LARSON, Heim, Payne and Chorush LLP, Houston, TX, argued for appellant. Also represented by

MICHAEL F. HEIM, ROBERT ALLAN BULLWINKEL.

RAGHAV BAJAJ, Haynes & Boone, LLP, Austin, TX, argued for appellee. Also represented by THOMAS W. KELTON, DEBRA JANECE MCCOMAS, DAVID L. MCCOMBS, DAVID M. O'DELL, Dallas, TX; ANGELA OLIVER, Washington, DC; ROSHAN MANSINGHANI, JONATHAN RUDOLPH KOMINEK STROUD, Unified Patents, LLC, Washington, DC.

MEREDITH HOPE SCHOENFELD, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor. Also represented by MICHAEL S. FORMAN, THOMAS W. KRAUSE, FARHEENA YASMEEN RASHEED.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, BRYSON, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| March 2, 2021 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |